UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MATTHEW HYDE,

    Plaintiff,

v.                                          Case No. 5:18cv122-MCR-CJK

FLORIDA DEPARTMENT
OF CORRECTIONS,

    Defendant.
_____/

## REPORT AND RECOMMENDATION

On August 31, 2018, the undersigned entered an order (doc. 4) noting plaintiff's complaint is deficient in that it was not filed on the required Northern District form and plaintiff has neither paid the $400.00 filing fee nor submitted a motion to proceed *in forma pauperis*. The undersigned directed the clerk of court to send plaintiff a § 1983 complaint form and a complete set of forms needed for filing a motion to proceed *in forma pauperis* and allowed plaintiff 30 days in which to file an amended complaint and either file the completed motion to proceed *in forma pauperis* or pay the $400.00 filing fee. The undersigned advised that failure to

comply with the order would result in a recommendation that the case be dismissed for failure to prosecute and/or failure to comply with an order of the court.

After more than 30 days have passed and plaintiff had neither filed an amended complaint nor submitted a motion to proceed *in forma pauperis* or paid the filing fee, the undersigned entered an order (doc. 6) directing plaintiff to show cause within 14 days why the matter should not be dismissed for failure to prosecute and/or failure to comply with an order of the court. More than 14 days have passed and plaintiff has not responded.

Accordingly, it is respectfully RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to prosecute and/or failure to comply with an order of the court.

2. That the Clerk be directed to close the file.

At Pensacola, Florida this 13th day of November, 2018.

/s/ *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.
UNITED STATES MAGISTRATE JUDGE**

Case No. 5:18cv122-MCR-CJK

## **NOTICE TO THE PARTIES**

**Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of objections shall be served upon the magistrate judge and all other parties.  A party failing to object to a magistrate judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.  *See* U.S. Ct. of App. 11th Cir. Rule 3-1; 28 U.S.C. § 636.**

Case No. 5:18cv122-MCR-CJK